MENNASCH KALKSTEIN, Appellant, v. BEN E. LANDESS et al., Individually and as Copartners Doing Business under the Name of JAMAICA-RICHAVEN MEDICAL GROUP, Respondents.— In an action for restoration of plaintiff to his former status as a partner of defendant partnership, from which he has been ousted by vote of the partners other than himself, or, in the alternative, for an accounting, and to recover unpaid salary and damages for breach of contract, plaintiff appeals from an order granting defendants' motion to stay all proceedings in the action until arbitration shall have been had in accordance with the terms of the partnership agreement of the parties to the action. Order affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Sneed, Wenzel and MacCrate, JJ., concur. [See post, p. 791.]

■

JOSEPHINE LUPO, Appellant, v. VILLAGE OF PORT CHESTER, Respondent.— In an action to recover damages for personal injuries alleged to have been sustained by reason of defects in a public walk, plaintiff appeals from an order denying her motion to strike out a defense. Order affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Sneed, Wenzel and MacCrate, JJ., concur.

■

MARY A. McCOY et al., Respondents, v. CITY OF NEW YORK, Appellant.— Defendant appeals from a judgment for plaintiffs in an action to recover damages for personal injuries and loss of services, claimed to have been sustained by reason of the negligent operation of defendant's trolley car, in which the plaintiff Mary A. McCoy was a passenger. Insofar as the judgment is in favor of Mary A. McCoy, it is unanimously affirmed, without costs. Insofar as the judgment is in favor of John L. McCoy, it is reversed on the facts, the action is severed and a new trial granted as to him, without costs, unless within ten days after the entry of the order hereon the said plaintiff stipulate to reduce the verdict in his favor to the sum of $500, in which event the judgment, as so reduced, is unanimously affirmed, without costs. The verdict in favor of plaintiff John L. McCoy is excessive. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

■

JOHN S. McQUADE, Individually and as a Stockholder of TOPICS PUBLISHING Co., INC., Suing on Behalf of Himself and All Other Stockholders of Said Corporation Similarly Situated, and in the Right of Said Corporation, Plaintiff, and JOHN S. McQUADE et al., as Cotrustees and/or Coexecutors under the Will of ELIZABETH M. McQUADE, Deceased, Interveners, Respondents, v. AGLAR COOK, Individually and as a Director of TOPICS PUBLISHING Co., INC., et al Appellants.— Order dated October 7, 1950, as resettled by order dated October 18, 1950, granting motion for leave to intervene in a stockholder's derivative action, affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Sneed, Wenzel and MacCrate, JJ., concur.